# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>ELMER OSVALDO SANTAMARIA-AYALA,<br><br>    Defendant. | Case No. 19-mj20346-WQH<br><br>ORDER AND JUDGMENT FOR THE DISMISSAL OF THE COMPLAINT |

Upon application of the Government and good cause appearing thereof,

IT HEREBY IS ORDERED that the Government's motion to dismiss the Complaint is GRANTED and this action is hereby dismissed without prejudice.

Dated: March 12, 2019

*William Q. Hayes*
Hon. William Q. Hayes
United States District Court